Jonathan Donnellan
Ravi V. Sitwala
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019
Telephone: (212) 649-2020
Facsimile: (212) 649-2035
*Attorneys for Plaintiff*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

HEARST HOLDINGS, INC.,

                    Plaintiff,

           v.

TROPICO DIFFUSION,

                    Defendant.

---------------------------------------------------------------x

08 cv 1546 (WHP) (GWG)

**Plaintiff's Rule 7.1 Statement**

**ECF CASE**


       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Hearst Holdings, Inc. identifies the following parent corporations and any

publicly held company that owns 10% or more of the stock of Hearst Holdings, Inc.:

       Hearst Holdings, Inc. is a wholly owned subsidiary of The Hearst Corporation,

which is privately held.  No publicly held corporation owns 10% or more of the stock of

Hearst Holdings, Inc.

Dated:    New York, New York
          February 14, 2007

                                          Jonathan Donnellan
                                          Ravi V. Sitwala
                                          THE HEARST CORPORATION
                                          300 West 57th Street, 40th Floor
                                          New York, NY 10019
                                          Telephone: (212) 649-2020
                                          Facsimile: (212) 649-2035
                                          JDonnellan@hearst.com
                                          *Attorneys for Plaintiff*