AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Hearst Holdings, Inc.

V.

Tropico Diffusion

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1546**

Judge Pauley

TO: (Name and address of Defendant)

President
Tropico Diffusion
26/28 rue Auguste Perret
Parc d'activitié de la Petite Bruyère
94800 Villejuif Cedex, FRANCE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan Donnellan
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                             FEB 1 4 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 2/14/2008 |
| NAME OF SERVER (PRINT): Jay D. Smith | TITLE: Hearst Corporation, Office of General Counsel - Support Staff Mngr |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    Sent via International Priority Federal Express.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/14/2008
              Date

*Signature of Server*

300 West 57th St., 40th Fl., New York, NY 10019
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Hearst Holdings, Inc.

V.

Tropico Diffusion

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1546**

**Judge Pauley**

TO: (Name and address of Defendant)

President
Tropico Diffusion
26/28 rue Auguste Perret
Parc d'activitié de la Petite Bruyère
94800 Villejuif Cedex, FRANCE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan Donnellan
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                  FEB 1 4 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 2/15/2008 |
| NAME OF SERVER *(PRINT)* Julius Fucci | TITLE | Office Clerk - The Hearst Corporation, Office of General Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    Sent via U.S. Postal Service Express Mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/15/2008      *(signature)* Julius J. Fucci
               Date                   *Signature of Server*

                           300 West 57th St., 40th Fl., New York, NY 10019
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.