Jonathan Donnellan
Ravi V. Sitwala
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019
Telephone: (212) 649-2020
Facsimile: (212) 649-2035
JDonnellan@hearst.com

*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HEARST HOLDINGS, INC.,

              Plaintiff,

v.

TROPICO DIFFUSION,

              Defendant.

-----------------------------------------------------------x

Judge Pauley
08 CV 1546

___ Civ. _____

ORDER TO SHOW CAUSE
FOR PERMANENT OR IN THE
ALTERNATIVE PRELIMINARY
INJUNCTION

Upon the Affidavit of Ravi V. Sitwala hereto annexed, and upon plaintiff's Memorandum of Law in Support of Motion for a Permanent Injunction or in the Alternative a Preliminary Injunction and the complaint and exhibits thereto, it is

ORDERED, that the above-named defendant show cause before a motion term of this Court, at Room 11D United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on March 5, 2008, at 11:00 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to this Court's equitable powers and Rule 65 of the Federal Rules of Civil Procedure permanently enjoining the defendant, or in the alternative

preliminarily enjoining the defendant during the pendency of this action, from maintaining, prosecuting, and pursuing litigation arising out of or relating to the license agreement between Hearst Holdings, Inc. and Tropico Diffusion dated as of January 26, 2005 outside of the courts of the State of New York or this Court, including the action currently pending before the Commercial Court of Paris by defendant against plaintiff; and it is further

ORDERED that defendant shall serve opposition papers, if any, upon plaintiff on or before 5:00 o'clock in the afternoon, February 28, 2008, and it is further

ORDERED that plaintiff shall serve reply papers, if any, upon defendant on or before 5:00 o'clock in the afternoon, March 3, 2008; and it is further

ORDERED that all papers be filed with the Court at the time of service o'clock in the ~~noon,~~ ~~on or before~~ ; and it is further

ORDERED that service by ~~e-mail and~~ mail of a copy of this order and annexed affidavit upon the defendant or his counsel on or before 7:00 o'clock in the afternoon, February 15, 2008, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: February 15, 2008
at 5:00 pm

_____
United States District Judge

2