UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HEARST HOLDINGS, INC.,                              :
                                                    :    08 Civ. 1546 (WHP) (GWG)
                          Plaintiff,                :
                                                    :    **AFFIDAVIT OF SERVICE**
         v.                                         :
                                                    :    **ECF CASE**
TROPICO DIFFUSION,                                  :
                                                    :
                          Defendant.                :
                                                    :
                                                    :
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JULIUS FUCCI, being duly sworn, deposes and says:

      1.    I am employed by THE HEARST CORPORATION. I am not a party to this action and am over 18 years in age.

      2.    On February 15, 2008, I served the annexed signed ORDER TO SHOW CAUSE FOR PERMANENT OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION as well as PLAINTIFF'S MEMORADUM OF LAW IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION OR IN THE ALTERNATIVE A PRELIMINARY INJUNCTION upon Tropico Diffusion, whose address is 26/28 rue Auguste Perret, Parc d'activitié de la Petite Bruyère, 94800 Villejuif Cedex, France, by

causing true copies of the same enclosed in postpaid, properly addressed wrappers to be sent to the above address by Federal Express International Priority and U.S. Postal Service Express Mail.

Dated: New York, New York
February 20, 2008

_____
Julius Fucci

Sworn to before me this 20
day of February, 2008.

_____
Notary Public

BONNIE V. LEWIS
Notary Public, State of New York
No. 01LE6070036
Qualified in New York County
Commission Expires Feb. 19, 20 10

2