Jonathan Donnellan
Ravi V. Sitwala
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019
Telephone: (212) 649-2020
Facsimile: (212) 649-2035
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HEARST HOLDINGS, INC.,

                Plaintiff,

    v.

TROPICO DIFFUSION,

                Defendant.

-----------------------------------------------------------------x

08 Civ. 1546 (WHP)(GWG)

Affidavit of Ravi V. Sitwala

ECF Case

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

Ravi V. Sitwala, being duly sworn, deposes and says:

        1.     I am a member of the Bar of this Court, employed as Counsel at The Hearst Corporation, and attorney for plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

        2.     I make this affidavit pursuant to Rule 6.1(d) of the Local Civil Rules of the Southern District of New York, in support of plaintiff's request for the issuance of an Order to Show Cause for Permanent or in the Alternative Preliminary Injunction.

3.  The request for an Order to Show Cause is being made because defendant Tropico has brought a litigation in France on an expedited schedule, the hearing for which is schedule for March 13, 2008. Plaintiff seeks to enjoin Tropico's prosecution of the French action, as it is in flagrant violation of the exclusive choice of forum clause in the license agreement out of which the parties' dispute arises. Plaintiff will be forced to suffer the irreparable harm of appearing before the French tribunal, if no injunction is issued by this Court.

4.  No previous application for similar relief has been made.

Dated: New York, New York
February 14, 2008

_____
Ravi V. Sitwala

Sworn to before me this 14
day of February, 2008.

_____
Notary Public

Eva Saketkoo
Notary Public State of New York
No. 02SA6028472
Qualified in New York County
Commission Expires Aug. 2, 20 09