

COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

FEB 28

Jonathan Donnellan
Ravi V. Sitwala
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019
Telephone: (212) 649-2020
Facsimile: (212) 649-2035
*Attorneys for Plaintiff*

Kathleen Kundar
FOX HORAN & CAMERINI LLP
825 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 480-4800
Facsimile: (212) 709-0248
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HEARST HOLDINGS, INC.,

               Plaintiff,

       v.

TROPICO DIFFUSION,

               Defendant.
-------------------------------------------------------X

08 cv 1546 (WHP) (GWG)

STIPULATION AND ORDER

ECF CASE

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the parties, that:

      1.    Plaintiff submitted its application for an Order to Show Cause on February 14, 2008, seeking to permanently or preliminarily enjoin Defendant during the pendency of this action, from maintaining, prosecuting, and pursuing litigation arising out

of or relating to the license agreement between Hearst Holdings, Inc. and Tropico Diffusion dated as of January 26, 2005 outside of the courts of the State of New York or this Court, including the action currently pending before the Commercial Court of Paris by Defendant against Plaintiff.

2. On February 15, 2008, the Court signed the Order to Show Cause and set a briefing schedule and hearing date for Plaintiff's application for injunctive relief. The Court ordered Defendant to serve and file its responsive papers, if any, on or before February 28, 2008 and Plaintiff to serve and file its reply papers, if any, on or before March 3, 2008. The hearing was set for 11 a.m. on March 5, 2008.

3. The parties have agreed that Defendant shall postpone the hearing set for March 13, 2008 before the Commercial Court of Paris in exchange for a temporary stay of Plaintiff's request for an injunction before this Court, so that the parties may conduct settlement negotiations.

4. Defendant agrees not take any actions or seek any relief in the French courts until April 14, 2008, except to postpone the March 13, 2008 hearing.

5. If no settlement can be reached of the issues raised in the Paris and New York actions, Defendants shall serve and file its responsive papers, if any, to Plaintiff's application for injunctive relief on or before 5:00 p.m. on April 14, 2008. Plaintiff's reply papers, if any, shall be served and filed on or before 5:00 p.m. on April 21, 2008. Oral argument shall be heard at a date and time set by the Court, if the Court desires to hear argument.

6. Plaintiff agrees to extend the time in which Defendant may answer or otherwise move in response to the Complaint in this action to and including May 1, 2008.

7. This stipulation is being entered into by the parties through their duly authorized counsel and is not to be construed as an admission of fact or liability by any of the parties.

8. This Stipulation may be executed in one or more counterparts. All executed counterparts and each of them shall be deemed to be one and the same instrument.

Dated: New York, New York
February 28, 2008

By: _____
Jonathan Donnellan
Ravi V. Sitwala
THE HEARST CORPORATION
300 West 57th Street, 40th Floor
New York, NY 10019
Telephone: (212) 649-2020
Facsimile: (212) 649-2035
JDonnellan@hearst.com
*Attorneys for Plaintiff*

By: _____
Kathleen Kundar
FOX HORAN & CAMERINI LLP
825 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 480-4800
Facsimile: (212) 709-0248
kkundar@foxlex.com
*Attorneys for Defendant*

-and-

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2-29-08

3