UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
HEARST HOLDINGS, INC.,                     :

                Plaintiff,      :

    -against-                                 :

TROPICO DIFFUSION,                         :

                Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 1546 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

       Oral argument concerning Plaintiff's motion for injunctive relief shall be held on May 2, 2008 at 10:00 a.m.

Dated: March 3, 2008
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record:*

Ravi Viren Sitwala, Esq.
The Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10036
*Counsel for Plaintiff*

Kathleen Kundar, Esq.
Fox Horan & Camerini LLP
825 Third Avenue, 12th Floor
New York, NY 10022
*Counsel for Defendant*