



April 18, 2008

Ravi V Sitwala
*Counsel*

# MEMO ENDORSED

**VIA FAX** (with permission)

Judge William H. Pauley III
Chambers of the Honorable William H. Pauley III
500 Pearl Street
Room 2210
New York, New York 10007

Re: **Hearst Holdings, Inc. v. Tropico Diffusion (No. 08-CV-1546)**

Dear Judge Pauley:

I represent plaintiff Hearst Holdings, Inc. in this matter and write to request a one-week extension in our time to reply to Tropico Diffusion's ("Tropico") opposition brief with respect to our motion for an anti-suit injunction. Currently, our reply is due this coming Monday no later than 5:00 p.m. The reason for this request is that the parties have agreed to an settlement-in-principle, and are in the process of memorializing the settlement in a settlement agreement. I have spoken to counsel for Tropico, and Tropico consents to this request.

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

4/22/08

Respectfully Submitted,

Ravi V. Sitwala

cc: Kathleen M. Kundar, counsel for Tropico (by e-mail)

Office of
General Counsel

Eve Burton
Vice President and
General Counsel

Jonathan R Donnellan
Christopher A Fraser
Larry M Loeb
Mark C Redman
Calvin Siemer
Debra S Weaver
*Senior Counsel*

Barry S Agdern
David Burgess
Aiden Dunning
Carolene S Eaddy
Kristina E Findikyan
Bridgette Fitzpatrick
Carl G Guida
Robert J Hawley
Trina R Hunn
Andra Krajewski
Alan E Lewis
Aimee Nisbet
Peter P Rahbar
Eva M Saketkoo
Maureen Walsh Sheehan
Jonathan Sirota
Ravi V Sitwala
Jack Spizz
Lily J Wound
*Counsel*

Catherine A Bostron
*Secretary*

Harvey L Lipton
*Of Counsel*

300 West 57th Street
New York, NY 10019-3792
T 212 649 2006
F 646 280 2006
rsitwala@hearst.com