**HEARST** *corporation*





April 28, 2008                    *Ravi V Sitwala*
                                  *Counsel*

<u>VIA FAX</u> (with permission) **MEMO ENDORSED**

Judge William H. Pauley III
Chambers of the Honorable William H. Pauley III
500 Pearl Street
Room 2210
New York, New York  10007

*Office of*
*General Counsel*

*Eve Burton*
*Vice President and*
*General Counsel*

Re:  <u>**Hearst Holdings, Inc. v. Tropico Diffusion (No. 08-CV-1546)**</u>

*Jonathan R Donnellan*
*Christopher A Fraser*
*Larry M Loeb*
*Mark C. Redman*
*Calvin Siemer*
*Debra S Weaver*
*Senior Counsel*

Dear Judge Pauley:

I represent plaintiff Hearst Holdings, Inc. in this matter.  As I explained in my April 18, 2008 letter, the parties have reached a settlement-in-principle.  The settlement is nearly finalized, with one signature remaining outstanding. Accordingly, I write to request another one-week extension in our time to reply to Tropico Diffusion's ("Tropico") opposition brief with respect to our motion for an anti-suit injunction.  Currently, our reply is due today no later than 5:00 p.m.  We also ask that the Court adjourn the oral argument date currently set for this Friday, May 2.  Tropico consents to both of these requests.  In addition, Tropico requests a one-week extension it its time to answer or otherwise move in response to our complaint.  Currently, Tropico's response is due on Thursday, May 1.  We consent to the extension.  Please let me know whether you have any questions or concerns.

*Barry S Agdern*
*David Burgess*
*Aiden Dunning*
*Carolene S Eaddy*
*Kristina E Findikyan*
*Bridgette Fitzpatrick*
*Carl G Guida*
*Robert J Hawley*
*Trina R Hunn*
*Audra Kujawski*
*Alan E Lewis*
*Aimee Nisbet*
*Peter P Rahhar*
*Eva M Saketkoo*
*Maureen Walsh Sheehan*
*Jonathan Sirota*
*Ravi V Sitwala*
*Jack Spizz*
*Lily J Wound*
*Counsel*

*Application granted*

SO ORDERED:                           Respectfully Submitted,

WILLIAM H. PAULEY III U.S.D.J.
4/30/08                               Ravi V. Sitwala

*Catherine A Bostron*
*Secretary*

cc:    Kathleen M. Kundar, counsel for Tropico (by e-mail)

*Harvey L Lipton*
*Of Counsel*

*300 West 57th Street*
*New York, NY 10019-3792*
*T 212 649 2006*
*F 646 280 2006*
*rsitwala@hearst.com*