```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HEARST HOLDINGS, INC.,                  :
                                                                   08 Civ. 1546 (WHP)
               Plaintiff,        :
                                                                   ORDER
      -against-                            :

TROPICO DIFFUSION,                      :

               Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motion pending as of this date and mark the case closed.

Dated: May 5, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Ravi Viren Sitwala, Esq.
The Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10036
*Counsel for Plaintiff*

Kathleen Kundar, Esq.
Fox Horan & Camerini LLP
825 Third Avenue, 12th Floor
New York, NY 10022
*Counsel for Defendant*